UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Anthony A. Mucci, Jr.

    v.                                                    Civil No. 09-cv-350-PB

United States of America


**O R D E R**

On today's date, a preliminary pretrial conference was held in this case. Anthony A. Mucci, Jr., appeared on his own behalf, and T. David Plourde appeared for the United States.

The court reviewed with the parties the discovery schedule proposed in the Defendant's Report of Parties' Planning Meeting (Document No. 12). Mr. Mucci agreed with the dates therein proposed. The court, therefore, adopts Document No. 12 as the Discovery Plan in this case.

                                                              _____
                                                              Landya B. McCafferty
                                                              United States Magistrate Judge

Date: September 8, 2010

cc:  Anthony A. Mucci, Jr., pro se
     T. David Plourde, Esq.